**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | |
| - against - | Adversary Proceeding No. 16-01019 (SCC) |
| 1ST ADVANTAGE MORTGAGE, L.L.C. *et al.*, | |
| Defendants. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01377 (SCC) |
| - against - | |
| 1AM, L.L.C. f/k/a 1ST ADVANTAGE MORTGAGE, L.L.C. *et al.* | |
| Defendants. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01003 (SCC) |
| - against - | |
| AMERICAN BANK and CONGRESSIONAL BANCSHARES, INC. (successor-in-interest), | |
| Defendants. | |

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

        - against -

AMERICAN HOME EQUITY CORPORATION,

                    Defendant.

Adversary Proceeding
No. 16-01300 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

        - against -

AMERICAN LENDING NETWORK, INC.,

                    Defendant.

Adversary Proceeding
No. 16-01347 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

        - against -

AMERICA'S MORTGAGE ALLIANCE, INC. and
AMERICA'S MORTGAGE, LLC,

                    Defendants.

Adversary Proceeding
No. 16-01378 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

        - against -

APPROVED FUNDING CORP.,

                    Defendants.

Adversary Proceeding
No. 16-01284 (SCC)

2

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

      - against -

ARLINGTON CAPITAL MORTGAGE CORPORATION
and GATEWAY FUNDING DIVERSIFIED MORTGAGE
SERVICES, L.P.,

               Defendants.

Adversary Proceeding
No. 16-01351 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

      - against -

ATLANTIC BAY MORTGAGE GROUP, L.L.C.,

               Defendants.

Adversary Proceeding
No. 16-01311 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

      - against -

AURORA FINANCIAL, LLC f/k/a AURORA
MORTGAGE, LLC,

               Defendants.

Adversary Proceeding
No. 16-01312 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

      - against -

BANK OF ENGLAND,

               Defendant.

Adversary Proceeding
No. 16-01285 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                         Plaintiff,

           - against -

BONDCORP REALTY SERVICES INC.,

                        Defendant.

Adversary Proceeding
No. 16-01302 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                         Plaintiff,

           - against -

BROADVIEW MORTGAGE CORPORATION ,

                        Defendant.

Adversary Proceeding
No. 16-01286 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                         Plaintiff,

           - against -

BWC MORTGAGE SERVICES, BWC REAL ESTATE
INC. and COMMERCE HOME MORTGAGE, INC. f/k/a
Simonich Corp.,

                        Defendants.

Adversary Proceeding
No. 16-01376 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                         Plaintiff,

           - against -

CAPITAL BANK CORPORATION, as successor by merger
to TIB Bank,

                        Defendant.

Adversary Proceeding
No. 16-01367 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

      - against -

CHERRY CREEK MORTGAGE CO., INC.,

                Defendant.

Adversary Proceeding
No. 16-01287 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

      - against -

CIRCLE ONE MORTGAGE COMPANY and FIRST
NATIONAL BANK,

                Defendants.

Adversary Proceeding
No. 16-01364 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

      - against -

CITY FIRST MORTGAGE SERVICES, L.L.C.,

                Defendant.

Adversary Proceeding
No. 16-01303 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

      - against -

CMG MORTGAGE, INC.,

                Defendant.

Adversary Proceeding
No. 16-01332 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

          - against -

CORNERSTONE MORTGAGE, INC.,

                    Defendant.

Adversary Proceeding
No. 16-01288 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

          - against -

CRESTLINE FUNDING CORPORATION,

                    Defendant.

Adversary Proceeding
No. 16-01306 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

          - against -

CTX MORTGAGE COMPANY, LLC,

                    Defendant.

Adversary Proceeding
No. 16-01359 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

          - against -

DHI MORTGAGE COMPANY LTD.,

                    Defendant.

Adversary Proceeding
No. 16-01374 (SCC)

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                 Plaintiff,<br>    - against -<br><br>DIRECTORS MORTGAGE, INC.,<br><br>                 Defendant. | Adversary Proceeding<br>No. 16-01345 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                 Plaintiff,<br>    - against -<br><br>DIVERSIFIED CAPITAL FUNDING, INC. and<br>AMERICAN PACIFIC MORTGAGE CORPORATION,<br>individually and as successor by merger to Diversified<br>Capital Funding, Inc.,<br><br>                 Defendants. | Adversary Proceeding<br>No. 16-01360 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                 Plaintiff,<br>    - against -<br><br>EAGLE MORTGAGE HOLDINGS, LLC as successor by<br>merger to EAGLE HOME MORTGAGE, INC.; and<br>UNIVERSAL AMERICAN MORTGAGE COMPANY,<br>LLC,<br>                 Defendants. | Adversary Proceeding<br>No. 16-01383 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                 Plaintiff,<br>    - against -<br><br>EMBRACE HOME LOANS, INC.,<br><br>                 Defendant. | Adversary Proceeding<br>No. 16-01380 (SCC) |

LEHMAN BROTHERS HOLDINGS INC.,

                              Plaintiff,

      - against -

FAIRMONT FUNDING LTD.,

                         Defendant.

Adversary Proceeding
No. 16-01382 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                              Plaintiff,

      - against -

FIRST BANK,

                         Defendant.

Adversary Proceeding
No. 16-01289 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                              Plaintiff,

      - against -

FIRST CALIFORNIA MORTGAGE COMPANY,

                         Defendant.

Adversary Proceeding
No. 16-01313 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                              Plaintiff,

      - against -

FIRST CAPITAL GROUP, L.P. and FIRST CAPITAL
CORPORATION OF LOS ANGELES,

                         Defendant.

Adversary Proceeding
No. 16-01379 (SCC)

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br> - against - <br><br> FIRST EQUITY MORTGAGE BANKERS, INC., <br><br> Defendant. | Adversary Proceeding <br> No. 16-01305 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br> - against - <br><br> FIRST MORTGAGE CORPORATION, <br><br> Defendant. | Adversary Proceeding <br> No. 16-01290 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br> - against - <br><br> FIRST RESIDENTIAL MORTGAGE SERVICES CORPORATION, <br><br> Defendant. | Adversary Proceeding <br> No. 16-01307 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br> - against - <br><br> FLICK MORTGAGE INVESTORS, INC., <br><br> Defendant. | Adversary Proceeding <br> No. 16-01348 (SCC) |

LEHMAN BROTHERS HOLDINGS INC.,

                        Plaintiff,                          Adversary Proceeding
                                                           No. 16-01373 (SCC)
        - against -

FREEDOM MORTGAGE CORPORATION,

                        Defendant.

---

LEHMAN BROTHERS HOLDINGS INC.,

                        Plaintiff,                          Adversary Proceeding
        - against -                                        No. 16-01363 (SCC)

GATEWAY BANK, F.S.B.,

                        Defendant.

---

LEHMAN BROTHERS HOLDINGS INC.,
                                                           Adversary Proceeding
                        Plaintiff,                          No. 16-01291 (SCC)
        - against -

GATEWAY MORTGAGE GROUP, LLC,

                        Defendant.

---

LEHMAN BROTHERS HOLDINGS INC.,

                        Plaintiff,                          Adversary Proceeding
                                                           No. 16-01315 (SCC)
        - against -

GLOBAL ADVISORY GROUP, INC.,

                        Defendant.

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01368 (SCC) |
| - against - | |
| GREENPOINT MORTGAGE FUNDING, INC., | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01292 (SCC) |
| - against - | |
| GUARANTEED RATE, INC., | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01366 (SCC) |
| - against - | |
| GUARANTY BANK, FSB, | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 17-01001 (SCC) |
| - against - | |
| GUILD MORTGAGE COMPANY, | |
| Defendant. | |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding |
| - against - | No. 16-01317 (SCC) |
| HARTLAND MORTGAGE CENTERS, INC., | |
| Defendant. | |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding |
| - against - | No. 16-01344 (SCC) |
| HOME CAPITAL FUNDING, d/b/a SECURITY ONE LENDING, | |
| Defendant. | |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding |
| - against - | No. 16-01342 (SCC) |
| HOME LOAN CENTER, INC., | |
| Defendant. | |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding |
| - against – | No. 16-01319 (SCC) |
| HOME LOAN MORTGAGE CORPORATION, | |
| Defendant. | |

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,                              Adversary Proceeding
                                                           No. 16-01283 (SCC)
          - against –

IMORTGAGE.COM, INC. and
LOANDEPOT.COM, LLC,
                    Defendants.

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,                              Adversary Proceeding
                                                           No. 16-01321 (SCC)
          - against –

K&B CAPITAL CORP.,
                    Defendant.

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,                              Adversary Proceeding
                                                           No. 16-01320 (SCC)
          - against –

LAKELAND MORTGAGE CORPORATION,

                    Defendant.

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,                              Adversary Proceeding
                                                           No. 16-01337 (SCC)
          - against -

LOAN CORRESPONDENTS, INC.,

                    Defendant.

LEHMAN BROTHERS HOLDINGS INC.,

                     Plaintiff,

       - against -

LOAN SIMPLE, INC. f/k/a ASCENT HOME LOANS INC.,

                     Defendants.

Adversary Proceeding
No. 16-01309 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                     Plaintiff,

       - against -

LOANGUY.COM,

                     Defendant.

Adversary Proceeding
No. 16-01338 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                     Plaintiff,

       - against –

MARIBELLA MORTGAGE, LLC,

                     Defendant.

Adversary Proceeding
No. 16-01322 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                     Plaintiff,

       - against -

MC ADVANTAGE, LLC f/k/a REPUBLIC MORTGAGE
HOME LOANS, LLC,

                     Defendant.

Adversary Proceeding
No. 16-01334 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

     - against -

MEGA CAPITAL FUNDING, INC.,

                Defendant.

Adversary Proceeding
No. 16-01304 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

     - against -

MEGASTAR FINANCIAL CORP.,

                Defendant.

Adversary Proceeding
No. 16-01301 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

     - against -

MILLENNIUM MORTGAGE CORPORATION and
MILLENNIUM MORTGAGE CAPITAL,

                Defendants.

Adversary Proceeding
No. 16-01372 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

     - against -

MORTGAGE CAPITAL ASSOCIATES, INC.,

                Defendant.

Adversary Proceeding
No. 16-01318 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

     Plaintiff,

  - against -

MORTGAGE PARTNERS, INC.,

     Defendant.

Adversary Proceeding
No. 16-01328 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

     Plaintiff,

  - against –

MORTGAGE IT, INC. and
DB STRUCTURED PRODUCTS, INC.,

     Defendant.

Adversary Proceeding
No. 16-01375 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

     Plaintiff,

  - against -

MOUNTAIN WEST FINANCIAL, INC.,

     Defendant.

Adversary Proceeding
No. 16-01349 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

     Plaintiff,

  - against -

NATIONAL FUNDING COMPANY, LLC,

     Defendant.

Adversary Proceeding
No. 16-01327 (SCC)

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01299 (SCC |
| - against - | |
| NEW FED MORTGAGE CORP., | |
| Defendant. | |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01352 (SCC) |
| - against - | |
| NL INC. and RPM MORTGAGE, INC., | |
| Defendants. | |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01339 (SCC) |
| - against - | |
| NORTH ATLANTIC MORTGAGE CORPORATION, | |
| Defendant. | |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01298 (SCC) |
| - against - | |
| OAKTREE FUNDING CORP., | |
| Defendant. | |

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

      - against -

ORO REAL, INC.,

                Defendant.

Adversary Proceeding
No. 16-01330 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

      - against –

PARAMOUNT RESIDENTIAL MORTGAGE GROUP,
INC.,

                Defendant.

Adversary Proceeding
No. 16-01293 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

      - against -

PARKSIDE LENDING, LLC,

                Defendant.

Adversary Proceeding
No. 16-01308 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

      - against -

PEMM.TEK MORTGAGE SERVICES, LLC,

                Defendant.

Adversary Proceeding
No. 16-01310 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                  Plaintiff,

      - against -

PHH HOME LOANS, LLC, as successor by merger to
Sunbelt Lending Services, Inc. f/k/a Arvida Mortgage
Services, Inc., and RMR FINANCIAL, LLC, individually
and as successor by merger to Axiom Financial, LLC, f/k/a
Axiom Financial, Inc.,

                  Defendants.

Adversary Proceeding
No. 16-01356 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                  Plaintiff,

      - against -

PMAC LENDING SERVICES, INC., individually and as
successor by merger to PMC Bancorp, f/k/a Professional
Mortgage Corp., and as successor by merger to Reliant
Mortgage Company, LLC, and PMC BANCORP, f/k/a
Professional Mortgage Corp., individually, and RELIANT
MORTGAGE COMPANY, LLC, individually,

                  Defendants.

Adversary Proceeding
No. 16-01353 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                  Plaintiff,

      - against -

POPULAR MORTGAGE CORP.,

                  Defendant.

Adversary Proceeding
No. 16-01335 (SCC)

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01323 (SCC) |
| - against – | |
| PRIMARY CAPITAL MORTGAGE, LLC f/k/a PRIMARY CAPITAL ADVISORS LC, | |
| Defendants. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01365 (SCC) |
| - against - | |
| REPUBLIC STATE MORTGAGE CO., individually and as successor by merger to Union Trust Mortgage Corporation, | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01361 (SCC) |
| - against - | |
| RESIDENTIAL HOME FUNDING CORP., | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01343 (SCC) |
| - against - | |
| RESPONSE MORTGAGE SERVICES, INC., | |
| Defendant. | |

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

      - against –

ROSS MORTGAGE CORPORATION,

                    Defendant.

Adversary Proceeding
No. 16-01324 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

      - against –

SACRAMENTO 1ST MORTGAGE, INC. individually and
as successor by merger to COMSTOCK MORTGAGE,

                    Defendants.

Adversary Proceeding
No. 16-01350 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

      - against -

SANTANDER BANK, N.A., f/k/a Sovereign Bank, FSB,

                    Defendant.

Adversary Proceeding
No. 16-01357 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

      - against –

SECURITYNATIONAL MORTGAGE COMPANY,

                    Defendants.

Adversary Proceeding
No. 16-01325 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                           Plaintiff,

      - against –

SHEA MORTGAGE INC.,

                           Defendant.

Adversary Proceeding
No. 16-01294 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                           Plaintiff,

      - against -

SIERRA PACIFIC MORTGAGE COMPANY, INC.,

                           Defendant.

Adversary Proceeding
No. 16-01341 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                           Plaintiff,

      - against -

SOUTHEAST FUNDING ALLIANCE, INC.,

                           Defendant.

Adversary Proceeding
No. 16-01314 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                           Plaintiff,

      - against –

STANDARD PACIFIC MORTGAGE, INC.
f/k/a FAMILY LENDING SERVICES, INC.,

                           Defendants.

Adversary Proceeding
No. 16-01002 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                        Plaintiff,

      - against -

STEARNS LENDING, LLC,

                     Defendant.

Adversary Proceeding
No. 16-01001 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                        Plaintiff,

      - against -

STERLING NATIONAL MORTGAGE COMPANY, INC.,

                     Defendant.

Adversary Proceeding
No. 16-01316 (SCC

---

LEHMAN BROTHERS HOLDINGS INC.,

                        Plaintiff,

      - against –

SUBURBAN MORTGAGE, INC.,

                     Defendant.

Adversary Proceeding
No. 16-01295 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                        Plaintiff,

      - against –

SUN AMERICAN MORTGAGE COMPANY,

                     Defendant.

Adversary Proceeding
No. 16-01296 (SCC)

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> - against - <br><br> SUNSET MORTGAGE COMPANY L.P. and AVONWOOD CAPITAL CORPORATION, <br><br> Defendants. | Adversary Proceeding No. 16-01358 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> - against - <br><br> THE LENDING COMPANY, INC., <br><br> Defendant. | Adversary Proceeding No. 16-01331 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> - against - <br><br> THE MORTGAGE STORE FINANCIAL, INC., <br><br> Defendant. | Adversary Proceeding No. 16-01354 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> - against - <br><br> TMG FINANCIAL SERVICES, INC., <br><br> Defendant. | Adversary Proceeding No. 16-01362 (SCC) |

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

    - against –

UNIVERSAL AMERICAN MORTGAGE
COMPANY, LLC,

               Defendant.

Adversary Proceeding
No. 16-01297 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

    - against -

WALL STREET MORTGAGE BANKERS, LTD.,

               Defendant.

Adversary Proceeding
No. 16-01336 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

    - against –

WEI MORTGAGE LLC f/k/a WEI MORTGAGE
CORPORATION,

               Defendant.

Adversary Proceeding
No. 16-01346 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

    - against -

WINDSOR CAPITAL MORTGAGE CORPORATION,

               Defendant.

Adversary Proceeding
No. 16-01333 (SCC)

25

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

    - against –

WINSTAR MORTGAGE PARTNERS, INC.,

              Defendant.

Adversary Proceeding
No. 16-01371 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

    - against -

WINTRUST MORTGAGE CORPORATION,

               Defendant.

Adversary Proceeding
No. 16-01369 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

    - against -

WJ CAPITAL CORPORATION, and SECURED CAPITAL
FUNDING CORP., as successor by merger to WJ Capital
Corporation,

               Defendants.

Adversary Proceeding
No. 16-01370 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

    - against -

WR STARKEY MORTGAGE, LLP,

               Defendant.

Adversary Proceeding
No. 16-01326 (SCC)

## ORDER EXTENDING TIME FOR
## DEFENDANTS TO FILE CONSOLIDATED MOTION TO DISMISS

Upon consideration of the letter addressed to Judge Shelley C. Chapman, dated February 17, 2017, (the "Letter Request for Extension"), filed by SecurityNational Mortgage Company on behalf of all Defendants in the above-captioned consolidated adversary proceeding, and agreed to by Lehman Brothers Holdings Inc. ("LBHI") [ECF No. 391], seeking an Order to extend the deadline for Defendants to file a motion to dismiss set out in the Case Management Order [ECF No. 305] (the "CMO"), and as described in the Motion, it is,

FOUND AND DETERMINED that:

A.     LBHI initiated the above-captioned action (the "Omnibus Action"), which asserts claims against certain mortgage loan originators and other institutions named therein seeking to enforce LBHI's alleged right to contractual indemnification;

B.     To promote the efficient resolution of the claims and disputes, this Court entered the CMO;

C.     Paragraph 9 of the CMO states:

Within sixty (60) days after the commencement of Phase I, the Defendants shall file a single consolidated motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) (lack of subject matter jurisdiction), 12(b)(3) (improper venue), 12(b)(6) (failure to state a claim upon which relief can be granted), 12 (b)(7) (failure to join a party under Rule 19), 12(e) (for a more definite statement), and 12(f) (to strike), addressing issues common to all Defendants (the "Omnibus MTD"[1]). The brief in support of the Omnibus MTD shall not exceed seventy (70) pages. Any brief in opposition shall not exceed seventy (70) pages, and shall be filed within sixty (60) days after the service and filing of the Omnibus MTD. Any reply brief in support of the Omnibus MTD shall not exceed thirty (30) pages, and shall be filed within forty-five (45) days after the service and filing of the opposition brief.

It is ORDERED, ADJUDGED AND DECREED that:

1.    The time for Defendants to file their Omnibus Motion to Dismiss pursuant to Paragraph 9 of the Case Management Order dated November 1, 2016 (ECF 305) is hereby extended to March 31, 2017.

2.    LBHI's brief in opposition to the Omnibus Motion to Dismiss is due May 31, 2017.

3.    Defendants' reply brief in support of the Omnibus Motion to Dismiss is due July 14, 2017.

4.    All other components of Paragraph 9 of the CMO will remain in effect.

New York, New York
March 6, 2017

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE