**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01019 (SCC) |
| - against - | |
| 1ST ADVANTAGE MORTGAGE, L.L.C. *et al.*, | |
| Defendants. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01377 (SCC) |
| - against - | |
| 1AM, L.L.C. f/k/a 1ST ADVANTAGE MORTGAGE, L.L.C. *et al.* | |
| Defendants. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01003 (SCC) |
| - against - | |
| AMERICAN BANK and CONGRESSIONAL BANCSHARES, INC. (successor-in-interest), | |
| Defendants. | |

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

          - against -

AMERICAN HOME EQUITY CORPORATION,

                    Defendant.

Adversary Proceeding
No. 16-01300 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

          - against -

AMERICAN LENDING NETWORK, INC.,

                    Defendant.

Adversary Proceeding
No. 16-01347 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

          - against -

AMERICA'S MORTGAGE ALLIANCE, INC. and
AMERICA'S MORTGAGE, LLC,

                    Defendants.

Adversary Proceeding
No. 16-01378 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

          - against -

APPROVED FUNDING CORP.,

                    Defendants.

Adversary Proceeding
No. 16-01284 (SCC)

2

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>- against -<br><br>ARLINGTON CAPITAL MORTGAGE CORPORATION and GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, L.P.,<br><br>Defendants. | Adversary Proceeding<br>No. 16-01351 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>- against -<br><br>ATLANTIC BAY MORTGAGE GROUP, L.L.C.,<br><br>Defendants. | Adversary Proceeding<br>No. 16-01311 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>- against -<br><br>AURORA FINANCIAL, LLC f/k/a AURORA MORTGAGE, LLC,<br><br>Defendants. | Adversary Proceeding<br>No. 16-01312 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>- against -<br><br>BANK OF ENGLAND,<br><br>Defendant. | Adversary Proceeding<br>No. 16-01285 (SCC) |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | Adversary Proceeding |
| Plaintiff, | No. 16-01302 (SCC) |
| - against - | |
| BONDCORP REALTY SERVICES INC., | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC., | Adversary Proceeding |
| Plaintiff, | No. 16-01286 (SCC) |
| - against - | |
| BROADVIEW MORTGAGE CORPORATION , | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC., | Adversary Proceeding |
| Plaintiff, | No. 16-01376 (SCC) |
| - against - | |
| BWC MORTGAGE SERVICES, BWC REAL ESTATE INC. and COMMERCE HOME MORTGAGE, INC. f/k/a Simonich Corp., | |
| Defendants. | |
| LEHMAN BROTHERS HOLDINGS INC., | Adversary Proceeding |
| Plaintiff, | No. 16-01367 (SCC) |
| - against - | |
| CAPITAL BANK CORPORATION, as successor by merger to TIB Bank, | |
| Defendant. | |

4

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

    - against -

CHERRY CREEK MORTGAGE CO., INC.,

                Defendant.

Adversary Proceeding
No. 16-01287 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

    - against -

CIRCLE ONE MORTGAGE COMPANY and FIRST
NATIONAL BANK,

                Defendants.

Adversary Proceeding
No. 16-01364 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

    - against -

CITY FIRST MORTGAGE SERVICES, L.L.C.,

                Defendant.

Adversary Proceeding
No. 16-01303 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

    - against -

CMG MORTGAGE, INC.,

                Defendant.

Adversary Proceeding
No. 16-01332 (SCC)

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> - against - <br><br> CORNERSTONE MORTGAGE, INC., <br><br> Defendant. | Adversary Proceeding No. 16-01288 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> - against - <br><br> CRESTLINE FUNDING CORPORATION, <br><br> Defendant. | Adversary Proceeding No. 16-01306 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> - against - <br><br> CTX MORTGAGE COMPANY, LLC, <br><br> Defendant. | Adversary Proceeding No. 16-01359 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> - against - <br><br> DHI MORTGAGE COMPANY LTD., <br><br> Defendant. | Adversary Proceeding No. 16-01374 (SCC) |

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

     - against -

DIRECTORS MORTGAGE, INC.,

               Defendant.

Adversary Proceeding
No. 16-01345 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

     - against -

DIVERSIFIED CAPITAL FUNDING, INC. and
AMERICAN PACIFIC MORTGAGE CORPORATION,
individually and as successor by merger to Diversified
Capital Funding, Inc.,

               Defendants.

Adversary Proceeding
No. 16-01360 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

     - against -

EAGLE MORTGAGE HOLDINGS, LLC as successor by
merger to EAGLE HOME MORTGAGE, INC.; and
UNIVERSAL AMERICAN MORTGAGE COMPANY,
LLC,

               Defendants.

Adversary Proceeding
No. 16-01383 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

     - against -

EMBRACE HOME LOANS, INC.,

               Defendant.

Adversary Proceeding
No. 16-01380 (SCC)

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding |
| - against - | No. 16-01382 (SCC) |
| FAIRMONT FUNDING LTD., | |
| Defendant. | |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding |
| - against - | No. 16-01289 (SCC) |
| FIRST BANK, | |
| Defendant. | |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding |
| - against - | No. 16-01313 (SCC) |
| FIRST CALIFORNIA MORTGAGE COMPANY, | |
| Defendant. | |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding |
| - against - | No. 16-01379 (SCC) |
| FIRST CAPITAL GROUP, L.P. and FIRST CAPITAL CORPORATION OF LOS ANGELES, | |
| Defendant. | |

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

    - against -

FIRST EQUITY MORTGAGE BANKERS, INC.,

                    Defendant.

Adversary Proceeding
No. 16-01305 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

    - against -

FIRST MORTGAGE CORPORATION,

                    Defendant.

Adversary Proceeding
No. 16-01290 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

    - against -

FIRST RESIDENTIAL MORTGAGE SERVICES
CORPORATION,

                    Defendant.

Adversary Proceeding
No. 16-01307 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

    - against -

FLICK MORTGAGE INVESTORS, INC.,

                    Defendant.

Adversary Proceeding
No. 16-01348 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                          Plaintiff,

          - against -

FREEDOM MORTGAGE CORPORATION,

                          Defendant.

Adversary Proceeding
No. 16-01373 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                          Plaintiff,

          - against -

GATEWAY BANK, F.S.B.,

                          Defendant.

Adversary Proceeding
No. 16-01363 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                          Plaintiff,

          - against -

GATEWAY MORTGAGE GROUP, LLC,

                          Defendant.

Adversary Proceeding
No. 16-01291 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                          Plaintiff,

          - against -

GLOBAL ADVISORY GROUP, INC.,

                          Defendant.

Adversary Proceeding
No. 16-01315 (SCC)

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>- against -<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>Defendant. | Adversary Proceeding<br>No. 16-01368 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>- against -<br><br>GUARANTEED RATE, INC.,<br><br>Defendant. | Adversary Proceeding<br>No. 16-01292 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>- against -<br><br>GUARANTY BANK, FSB,<br><br>Defendant. | Adversary Proceeding<br>No. 16-01366 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>- against -<br><br>GUILD MORTGAGE COMPANY,<br><br>Defendant. | Adversary Proceeding<br>No. 17-01001 (SCC) |

LEHMAN BROTHERS HOLDINGS INC.,

                     Plaintiff,

       - against -

HARTLAND MORTGAGE CENTERS, INC.,

                Defendant.

Adversary Proceeding
No. 16-01317 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                     Plaintiff,

       - against -

HOME CAPITAL FUNDING, d/b/a SECURITY ONE
LENDING,

                Defendant.

Adversary Proceeding
No. 16-01344 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                     Plaintiff,

       - against -

HOME LOAN CENTER, INC.,

                Defendant.

Adversary Proceeding
No. 16-01342 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                     Plaintiff,

       - against –

HOME LOAN MORTGAGE CORPORATION,

                Defendant.

Adversary Proceeding
No. 16-01319 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                        Plaintiff,

        - against –

IMORTGAGE.COM, INC. and
LOANDEPOT.COM, LLC,
                        Defendants.

Adversary Proceeding
No. 16-01283 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                        Plaintiff,

        - against –

K&B CAPITAL CORP.,
                        Defendant.

Adversary Proceeding
No. 16-01321 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                        Plaintiff,

        - against –

LAKELAND MORTGAGE CORPORATION,

                        Defendant.

Adversary Proceeding
No. 16-01320 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                        Plaintiff,

        - against -

LOAN CORRESPONDENTS, INC.,

                        Defendant.

Adversary Proceeding
No. 16-01337 (SCC)

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01309 (SCC) |
| - against - | |
| LOAN SIMPLE, INC. f/k/a ASCENT HOME LOANS INC., Defendants. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01338 (SCC) |
| - against - | |
| LOANGUY.COM, | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01322 (SCC) |
| - against – | |
| MARIBELLA MORTGAGE, LLC, | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01334 (SCC) |
| - against - | |
| MC ADVANTAGE, LLC f/k/a REPUBLIC MORTGAGE HOME LOANS, LLC, | |
| Defendant. | |

LEHMAN BROTHERS HOLDINGS INC.,

                           Plaintiff,

        - against -

MEGA CAPITAL FUNDING, INC.,

                           Defendant.

Adversary Proceeding
No. 16-01304 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                           Plaintiff,

        - against -

MEGASTAR FINANCIAL CORP.,

                           Defendant.

Adversary Proceeding
No. 16-01301 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                           Plaintiff,

        - against -

MILLENNIUM MORTGAGE CORPORATION and
MILLENNIUM MORTGAGE CAPITAL,

                           Defendants.

Adversary Proceeding
No. 16-01372 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                           Plaintiff,

        - against -

MORTGAGE CAPITAL ASSOCIATES, INC.,

                           Defendant.

Adversary Proceeding
No. 16-01318 (SCC)

<table>
<tr><td>

LEHMAN BROTHERS HOLDINGS INC.,

                       Plaintiff,

    - against -

MORTGAGE PARTNERS, INC.,

                       Defendant.

</td><td>

Adversary Proceeding
No. 16-01328 (SCC)

</td></tr>
</table>

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against –

MORTGAGE IT, INC. and
DB STRUCTURED PRODUCTS, INC.,

Defendant.

Adversary Proceeding
No. 16-01375 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

MOUNTAIN WEST FINANCIAL, INC.,

Defendant.

Adversary Proceeding
No. 16-01349 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff,

- against -

NATIONAL FUNDING COMPANY, LLC,

Defendant.

Adversary Proceeding
No. 16-01327 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,                            Adversary Proceeding
                                                         No. 16-01299 (SCC
        - against -

NEW FED MORTGAGE CORP.,

                    Defendant.

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,                            Adversary Proceeding
                                                         No. 16-01352 (SCC)
        - against -

NL INC. and RPM MORTGAGE, INC.,

                    Defendants.

LEHMAN BROTHERS HOLDINGS INC.,
                                                         Adversary Proceeding
                    Plaintiff,                           No. 16-01339 (SCC)

        - against -

NORTH ATLANTIC MORTGAGE CORPORATION,

                    Defendant.

LEHMAN BROTHERS HOLDINGS INC.,
                                                         Adversary Proceeding
                    Plaintiff,                           No. 16-01298 (SCC)

        - against -

OAKTREE FUNDING CORP.,

                    Defendant.

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01330 (SCC) |
| - against - | |
| ORO REAL, INC., | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01293 (SCC) |
| - against – | |
| PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC., | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01308 (SCC) |
| - against - | |
| PARKSIDE LENDING, LLC, | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding No. 16-01310 (SCC) |
| - against - | |
| PEMM.TEK MORTGAGE SERVICES, LLC, | |
| Defendant. | |

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

    - against -

PHH HOME LOANS, LLC, as successor by merger to
Sunbelt Lending Services, Inc. f/k/a Arvida Mortgage
Services, Inc., and RMR FINANCIAL, LLC, individually
and as successor by merger to Axiom Financial, LLC, f/k/a
Axiom Financial, Inc.,

                Defendants.

Adversary Proceeding
No. 16-01356 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

    - against -

PMAC LENDING SERVICES, INC., individually and as
successor by merger to PMC Bancorp, f/k/a Professional
Mortgage Corp., and as successor by merger to Reliant
Mortgage Company, LLC, and PMC BANCORP, f/k/a
Professional Mortgage Corp., individually, and RELIANT
MORTGAGE COMPANY, LLC, individually,

                Defendants.

Adversary Proceeding
No. 16-01353 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                Plaintiff,

    - against -

POPULAR MORTGAGE CORP.,

                Defendant.

Adversary Proceeding
No. 16-01335 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

      - against –

PRIMARY CAPITAL MORTGAGE, LLC f/k/a PRIMARY CAPITAL ADVISORS LC,

                    Defendants.

Adversary Proceeding
No. 16-01323 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

      - against -

REPUBLIC STATE MORTGAGE CO., individually and as successor by merger to Union Trust Mortgage Corporation,

                    Defendant.

Adversary Proceeding
No. 16-01365 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

      - against -

RESIDENTIAL HOME FUNDING CORP.,

                    Defendant.

Adversary Proceeding
No. 16-01361 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

      - against -

RESPONSE MORTGAGE SERVICES, INC.,

                    Defendant.

Adversary Proceeding
No. 16-01343 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

           Plaintiff,

   - against –

ROSS MORTGAGE CORPORATION,

           Defendant.

Adversary Proceeding
No. 16-01324 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

           Plaintiff,

   - against –

SACRAMENTO 1ST MORTGAGE, INC. individually and
as successor by merger to COMSTOCK MORTGAGE,

           Defendants.

Adversary Proceeding
No. 16-01350 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

           Plaintiff,

   - against -

SANTANDER BANK, N.A., f/k/a Sovereign Bank, FSB,

           Defendant.

Adversary Proceeding
No. 16-01357 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

           Plaintiff,

   - against –

SECURITYNATIONAL MORTGAGE COMPANY,

           Defendants.

Adversary Proceeding
No. 16-01325 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                              Plaintiff,                          Adversary Proceeding
        - against –                                              No. 16-01294 (SCC)

SHEA MORTGAGE INC.,

                      Defendant.

---

LEHMAN BROTHERS HOLDINGS INC.,

                              Plaintiff,                          Adversary Proceeding
        - against -                                              No. 16-01341 (SCC)

SIERRA PACIFIC MORTGAGE COMPANY, INC.,

                      Defendant.

---

LEHMAN BROTHERS HOLDINGS INC.,

                              Plaintiff,                          Adversary Proceeding
        - against -                                              No. 16-01314 (SCC)

SOUTHEAST FUNDING ALLIANCE, INC.,

                      Defendant.

---

LEHMAN BROTHERS HOLDINGS INC.,

                              Plaintiff,                          Adversary Proceeding
        - against –                                              No. 16-01002 (SCC)

STANDARD PACIFIC MORTGAGE, INC.
f/k/a FAMILY LENDING SERVICES, INC.,

                      Defendants.

LEHMAN BROTHERS HOLDINGS INC.,

                        Plaintiff,

      - against -

STEARNS LENDING, LLC,

                        Defendant.

Adversary Proceeding
No. 16-01001 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                        Plaintiff,

      - against -

STERLING NATIONAL MORTGAGE COMPANY, INC.,

                        Defendant.

Adversary Proceeding
No. 16-01316 (SCC

---

LEHMAN BROTHERS HOLDINGS INC.,

                        Plaintiff,

      - against –

SUBURBAN MORTGAGE, INC.,

                        Defendant.

Adversary Proceeding
No. 16-01295 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                        Plaintiff,

      - against –

SUN AMERICAN MORTGAGE COMPANY,

                        Defendant.

Adversary Proceeding
No. 16-01296 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

      - against -

SUNSET MORTGAGE COMPANY L.P. and
AVONWOOD CAPITAL CORPORATION,

              Defendants.

Adversary Proceeding
No. 16-01358 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

      - against -

THE LENDING COMPANY, INC.,

              Defendant.

Adversary Proceeding
No. 16-01331 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

      - against -

THE MORTGAGE STORE FINANCIAL, INC.,

              Defendant.

Adversary Proceeding
No. 16-01354 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

               Plaintiff,

      - against -

TMG FINANCIAL SERVICES, INC.,

              Defendant.

Adversary Proceeding
No. 16-01362 (SCC)

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

    - against –

UNIVERSAL AMERICAN MORTGAGE
COMPANY, LLC,

                    Defendant.

Adversary Proceeding
No. 16-01297 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

    - against -

WALL STREET MORTGAGE BANKERS, LTD.,

                    Defendant.

Adversary Proceeding
No. 16-01336 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

    - against –

WEI MORTGAGE LLC f/k/a WEI MORTGAGE
CORPORATION,

                    Defendant.

Adversary Proceeding
No. 16-01346 (SCC)

---

LEHMAN BROTHERS HOLDINGS INC.,

                    Plaintiff,

    - against -

WINDSOR CAPITAL MORTGAGE CORPORATION,

                    Defendant.

Adversary Proceeding
No. 16-01333 (SCC)

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding |
| | No. 16-01371 (SCC) |
| - against – | |
| WINSTAR MORTGAGE PARTNERS, INC., | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding |
| | No. 16-01369 (SCC) |
| - against - | |
| WINTRUST MORTGAGE CORPORATION, | |
| Defendant. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding |
| - against - | No. 16-01370 (SCC) |
| WJ CAPITAL CORPORATION, and SECURED CAPITAL FUNDING CORP., as successor by merger to WJ Capital Corporation, | |
| Defendants. | |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Plaintiff, | Adversary Proceeding |
| | No. 16-01326 (SCC) |
| - against - | |
| WR STARKEY MORTGAGE, LLP, | |
| Defendant. | |

## ORDER TO ADMINISTRATIVELY COORDINATE
## ADVERSARY PROCEEDING DOCKETS UNDER THE CASE
## MANAGEMENT ORDER AND PURSUANT TO U.S.C. § 105(a)

Upon consideration of the motion, dated January 25, 2017 (the "Motion"), filed by

Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the *Modified Third*

*Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*,

seeking entry of an Order to administratively consolidate the dockets of the related adversary

proceedings on Exhibit A (the "Actions"), as contemplated by the *Case Management Order*

[Adv. Pro. No. 16-01019, ECF No. 305] (the "CMO") governing the Actions and under 11

U.S.C. § 105(a), all as described in the Motion,[1] it is,

FOUND AND DETERMINED that:

A.      LBHI initiated the Existing Actions, which all assert similar claims seeking to

enforce LBHI's alleged right to contractual indemnification (the "Indemnification Claims")

against a total of approximately 140 mortgage loan originators and other institutions named as

defendants (the "Existing Defendants");

B.      To promote the efficient disposition of the Indemnification Claims, this Court

entered the CMO on November 1, 2016 and, under its terms, the Existing Defendants are bound

and governed by the CMO and each Existing Action is to be coordinated under the CMO and is

included in the Order's definition of "Coordinated Actions";

C.      The CMO authorized LBHI to file separate "Second Amended Complaints"

against each Existing Defendant (and any successors-in-interest), and further authorized LBHI to

commence new actions against additional defendants (the "Additional Defendants");

---

[1] Capitalized terms not otherwise defined herein have the same meaning ascribed to them in the Motion.

D.     Following entry of the CMO, LBHI filed separate "Second Amended Complaints" against Existing Defendants and Additional Defendants.  *See* Exhibit A;

E.     Under paragraph 6 of the CMO, the docket of *Lehman Brothers Holdings Inc. v. 1st Advantage Mortgage, L.L.C., et al.*, Adv. Pro. No. 16-01019 (the "Central Docket"), is to serve as the master docket for the Actions during Phases I and II (as defined in the CMO);

F.     All Defendants in the Actions are invited to join the defense counsel group by sending an email to Ruth Shnider at Ruth.Shnider@stinson.com; and

G.     Due and proper notice has been provided to all defendants named in the Actions, and this Court, having considered all documents and statements submitted concerning the Motion and the relief sought, and good cause having been shown.

It is ORDERED, ADJUDGED AND DECREED:

1.     This Order will be entered on the dockets of each Action.

2.     A docket entry will be made on the dockets of each Action, substantially as follows:

> An Order has been entered in this adversary proceeding (i) directing it to be coordinated with other similar adversary proceedings filed in connection with the jointly administered Chapter 11 cases of Lehman Brothers Holdings Inc., *et al.* (Case No. 08-13555), and (ii) establishing the docket for *Lehman Brothers Holdings Inc. v. 1st Advantage Mortgage, L.L.C., et al.*, Adv. Pro. No. 16-01019, as the Central Docket for all Actions, which docket should be consulted for all adversary proceedings covered under the Court's Order.

3.     In furtherance of the administrative coordination procedures set forth in the CMO, following entry of this Order, any motion made in any Action will be filed in the appropriate individual Action docket and in the Central Docket, and any Court decisions, Orders, or other filings will only be filed in the Central Docket, but will be deemed filed on the docket of each Action that the Court so specifies.

4.      Any filing should include the caption of the Central Docket and of each Action to which it applies.

5.      Any individual Defendant may file any decisions, Orders or other filings in its individual Action docket.

6.      This Order does not modify paragraph 20 of the Court approved CMO, and this Motion is only a ministerial addition to the CMO.  This Order does not impact any rights to object to jurisdiction, venue, or any other substantive right of the parties.

7.      Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, this Order will be immediately effective and enforceable upon its entry.

8.      A copy of this Order shall be served by LBHI on all Defendants to the Actions by no later than three business days following entry of this order.

Dated: New York, New York
        March 6, 2017

                        /S/ Shelley C. Chapman
                        UNITED STATES BANKRUPTCY JUDGE