UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br>- against -<br><br>1ST ADVANTAGE MORTGAGE, L.L.C,, et al<br><br>Defendants. | Adversary Proceeding<br>No.  16-01019 (SCC) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for Lehman Brothers Holdings Inc., on the one hand, and counsel for certain of those Defendants to the adversary proceedings listed in Exhibit A to the Memorandum Decision and Order Denying Omnibus Motion to Dismiss (Doc # 606), which is attached hereto as Exhibit "1" (the "Order"), on behalf of all of the Defendants listed in Exhibit 1, on the other hand, that, pursuant to Federal Rules of Bankruptcy Procedure 8002(d)(1) ("FRBP"), 28 U.S.C. § 158(c)(2), and Local Rule 9006-2, the time for any Defendants listed in Exhibit A who wish to do so to file a Notice of Appeal and/or Motion for Leave to Appeal pertaining to the Order pursuant to 28 U.S.C. § 158(c)(2), normally required within 14 days from the date of entry of the Order as required by FRBP 8002(a)(1), is hereby extended for an additional 21 days from the original deadline of August 27, 2018 to September 17, 2018.

1

The Parties further agree and stipulate that Lehman Brothers Holdings Inc.'s time to respond, normally 14 days from the filing of a Notice of Appeal and/or motion for leave to appeal pursuant to 28 U.S.C. § 158(c)(2) as per FRBP 8004(b)(2), shall be 21 days from the date of any such filing.

Dated:  August 21, 2018

| **FOX ROTHSCHILD LLP** | **AMERICAN MORTGAGE LAW GROUP, PC** |
|---|---|
| By: /s/ *Michael Rollin* | By: /s/ *Tracy L. Henderson* |
| Michael A. Rollin<br>Maritza Dominguez Braswell<br>FOX ROTHSCHILD LLP<br>101 Park Avenue, 17th Floor<br>New York, New York 10178<br>Telephone:    (212) 878-7900<br>Facsimile:     (212) 692-0940 | Tracy L. Henderson, Esq.<br>*Pro Hac Vice*<br>Jack V. Valinoti, Esq.<br>775 Baywood Drive, Suite 100,<br>Petaluma, CA 94954<br>Telephone (415) 878-0030<br>Facsimile (415) 878-0035 |
| William Maher<br>Adam Bialek<br>WOLLMUTH MAHER & DEUTSCH LLP<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone:    (212) 382-3300<br>Facsimile:     (212) 382-0050<br><br>*Counsel for Plaintiff Lehman Brothers Holdings Inc.* | *Counsel for Defendants Approved Funding Corp. ; Arlington Capital Mortgage Corporation; Broadview Mortgage Corporation ; BWC Mortgage Services f/k/a Commerce Home Mortgage, Inc. f/k/a Simonich Corp. ; CMG Mortgage, Inc. ; Congressional Bancshares, Inc.; First California Mortgage Company ; First Mortgage Corporation ; Hartland Mortgage Centers, Inc. ; Gateway Funding Diversified Mortgage Services, L.P.; Loan Simple, Inc. f/k/a Ascent Home Loans Inc.; MC Advantage, LLC f/k/a Republic Mortgage Home Loans, LLC ; Mega Capital Funding, Inc. ; New Fed Mortgage Corp. ; Oaktree Funding Corp. ; Republic State Mortgage Co. ; Residential Home Funding Corp.; Ross Mortgage Corporation;  Sterling National Mortgage Company, Inc. ;  Sun American Mortgage Company; Windsor Capital Mortgage Corporation; WR Starkey Mortgage, LLP* |

**BLANK ROME LLP**

By: /s/ *Timothy Wm. Salter*

Timothy W. Salter
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 885-5218

*Counsel for Stearns Lending, LLC*

**RICH MICHAELSON MAGALIFF, LLP**

By: /s/ *Howard P. Magaliff*

Howard P. Magaliff
335 Madison Avenue, 9th Floor
New York, NY 10017
Telephone: (646)453-7854
Email: hmagaliff@R3MLaw.com

        -and-

**MACKEY PRICE LAW, a Utah corporation**

Gifford W. Price (*pro hac vice*)
350 American Plaza II
57 West 200 South
Salt Lake City, UT 84101
Telephone:  (801) 575-5000
Email:  gprice@mackeypricelaw.com

*Counsel for SecurityNational Mortgage Company*

**BROWN NERI SMITH & KHAN, LLP**

By: /s/  *Amjad M. Khan*

Amjad M. Khan
11601 Wilshire Blvd., Suite 2080
Los Angeles, CA 90025
Telephone: (310) 593-9890
Email: amjad@bnsklaw.com

*Counsel for Defendants*
*PMAC Lending Services, Inc. and PMC BanCorp*

**SQUIRE PATTON BOGGS (US) LLP**

By:  /s/ *Gregory A. Davis*

Brian A. Cabianca
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 528-4000
Facsimile:  (602) 253-8129
Email: gregory.davis@squirepb.com;
        brian.cabianca@squirepb.com

*Counsel for Defendant imortgage.com, Inc.*

**MOYE WHITE LLP**

Paul. R. Franke, III
Timothy M. Swanson
1400 16th Street, Suite 600
Denver, Colorado 80202
Telephone: (303) 292-2900
Facsimile: (303) 292-4510

*Counsel to Cherry Creek Mortgage Company*

**MAYER BROWN LLP**

Matthew Ingber
Christopher J. Houpt
1675 Broadway
New York, NY 10028
Telephone: (212) 506-2373
Facsimile: (212) 262-1910
Email: mingber@mayerbrown.com
       choupt@mayerbrown.com

              -and-

Lucia Nale (*pro hac vice*)
Thomas V. Panoff (*pro hac vice*)
Christopher S. Comstock (*pro hac vice*)

71 South Wacker Drive
Chicago, IL 60606
Telephone:  (312) 782-0600
Facsimile:  (312) 701-8821
Email: lnale@mayerbrown.com
       tpanoff@mayerbrown.com
       ccomstock@mayerbrown.com

*Counsel for Defendant Guaranteed Rate, Inc.*

**LANI ADLER PARTNERS LLC**

By: */s/ Lani A. Adler*
275 West 96th Street, suite 15G
New York, New York 10025
Telephone: (646) 732 3260
Email: Ladler@laniadlerpartners.com

*Counsel for Suburban Mortgage, Inc.*

| | |
|---|---|
| **REED SMITH LLP** | **TIFFANY & BOSCO, P.A.** |
| By: /s/ *Michael S. Leib* | By: /s/ *Christopher A. LaVoy* |
| Michael S. Leib (*pro hac vice*)<br>10 S. Wacker Drive, Suite 4000<br>Chicago, IL  60606-7507<br>Telephone:  (312) 207-1000<br>Facsimile:  (312) 207-6400 | Christopher A. LaVoy<br>Seventh Floor Camelback Esplanade II<br>2525 E. Camelback Road<br>Phoenix, Arizona 85016<br>Telephone: (602) 255-6000 |
| Lilit Asadourian (*pro hac vice*)<br>355 S Grand Ave # 2900<br>Los Angeles, CA  90071<br>Telephone:  (213) 457-8000<br>Facsimile:  (213) 457-8080 | *Counsel for loanDepot.com, LLC* |
| Andrea J. Pincus<br>599 Lexington Avenue<br>New York, NY  10022-7650<br>Telephone:  (212) 521-5400<br>Facsimile:  (212)521-5450<br>Email: apincus@reedsmith.com | |
| *Counsel for SGB Corp., now known as Wintrust Mortgage* | |

IT IS SO ORDERED:

August 27, 2018                                    /S/ Shelley C. Chapman
                                                                  HONORABLE SHELLEY C. CHAPMAN
                                                                  UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

## **Exhibit A**

| **Defendant** | **Adv. Pro. No.** |
|---|---|
| American Pacific Mortgage Corporation | 16-01360 |
| America's Mortgage Alliance, Inc. | 16-01378 |
| America's Mortgage, LLC | 16-01378 |
| Approved Funding Corp. | 16-01284 |
| Arlington Capital Mortgage Corporation | 16-01351 |
| Bank of England | 16-01285 |
| Bondcorp Realty Services Inc. | 16-01302 |
| Broadview Mortgage Corporation | 16-01286 |
| BWC Mortgage Services f/k/a Commerce Home Mortgage, Inc. f/k/a Simonich Corp. | 16-01376 |
| Capital Bank Corporation, as successor by merger to TIB Bank | 16-01367 |
| Cherry Creek Mortgage Co., Inc. | 16-01287 |
| Circle One Mortgage Company | 16-01364 |
| CMG Mortgage, Inc. | 16-01332 |
| Congressional Bancshares, Inc. | 16-01003 |
| Cornerstone Mortgage, Inc. | 16-01288 |
| Crestline Funding Corporation | 16-01306 |
| CTX Mortgage Company, LLC | 16-01359 |
| DHI Mortgage Company Ltd. | 16-01374 |
| Director's Mortgage, Inc. | 16-01345 |
| Eagle Mortgage Holdings, LLC as successor by merger to Eagle Home Mortgage, Inc.; and Universal American Mortgage Company | 16-01383 |
| First Bank | 16-01289 |
| First California Mortgage Company | 16-01313 |
| First Equity Mortgage Bankers, Inc. | 16-01305 |
| First Mortgage Corporation | 16-01290 |
| First National Bank | 16-01364 |
| Freedom Mortgage Corporation | 16-01373 |
| Gateway Funding Diversified Mortgage Services, L.P. | 16-01351 |
| Gateway Mortgage Group, LLC | 16-01291 |
| Guaranteed Rate, Inc. | 16-1292 |
| Guild Mortgage Company | 17-01001 |
| Hartland Mortgage Centers, Inc. | 16-01317 |
| Home Loan Center, Inc. | 16-01342 |
| iMortgage.com, Inc. | 16-01283 |
| loanDepot.com | 16-01283 |
| Loan Simple, Inc. f/k/a Ascent Home Loans Inc. | 16-01309 |

| Defendant | Adv. Pro. No. |
|---|---|
| MC Advantage, LLC f/k/a Republic Mortgage Home Loans, LLC | 16-01334 |
| Mega Capital Funding, Inc. | 16-01304 |
| MegaStar Financial Corp. | 16-01301 |
| Mortgage Capital Associates, Inc. | 16-01318 |
| Mountain West Financial, Inc. | 16-01349 |
| New Fed Mortgage Corp. | 16-01299 |
| North Atlantic Mortgage Corporation | 16-01339 |
| Oaktree Funding Corp. | 16-01298 |
| Paramount Residential Mortgage Group, Inc. | 16-01293 |
| Parkside Lending, LLC | 16-01308 |
| PMAC Lending Services, Inc. | 16-01353 |
| PMC Bancorp | 16-01353 |
| Reliant Mortgage Company, LLC | 16-01353 |
| Republic State Mortgage Co. | 16-01365 |
| Residential Home Funding Corp. | 16-01361 |
| Response Mortgage Services, Inc. | 16-1343 |
| Ross Mortgage Corporation | 16-01324 |
| Sacramento 1st Mortgage, Inc. | 16-01350 |
| Santander Bank, N.A, f/k/a Sovereign Bank, FSB | 16-01357 |
| Security One Lending | 16-01344 |
| Security National Mortgage Company | 16-01325 |
| Shea Mortgage, Inc. | 16-01294 |
| Sierra Pacific Mortgage Co., Inc. | 16-1341 |
| Southeast Funding Alliance, Inc. | 16-01314 |
| Stearns Lending, LLC | 16-01001 |
| Standard Pacific Mortgage, Inc. f/k/a Family Lending Services, Inc. | |
| Sterling National Mortgage Company, Inc. | 16-01316 |
| Suburban Mortgage, Inc. | 16-01295 |
| Sun American Mortgage Company | 16-01296 |
| Universal American Mortgage Company, LLC | 16-01297 |
| Windsor Capital Mortgage Corporation | 16-01333 |
| Wintrust Mortgage Corporation, as successor by merger to SGB Corp. | 16-01369 |
| WR Starkey Mortgage, LLP | 16-01326 |
| WEI Mortgage LLC f/k/a WEI Mortgage Corporation | 16-01346 |